UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RASZELL REEDER,

                             Plaintiff,

                -v-                           No. 09-CV-575
                                             (DNH/CFH)

MENARD, Sergeant; TUCKER, Correctional
Officer; MARTIN, Correctional Officer; and
SHUTTS, C.O.,

                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

RASZELL REEDER
Pro Se Plaintiff
94-A-6388
Upstate Correctional Facility
Post Office Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN            ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On March 26, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss for failure to prosecute be granted and that the action be dismissed in its entirety. No objections to the Report-Recommendation

were filed.

    Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

    Therefore it is

    ORDERED that

    1. Defendants' motion to dismiss is GRANTED; and

    2. The complaint is DISMISSED in its entirety.

    The Clerk is directed to file a judgment and close the file.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: May 14, 2013
       Utica, New York.